STATE of Missouri,
Plaintiff/Respondent,

v.

Richard T. HUBBARD,
Defendant/Appellant.

No. ED 101186

Missouri Court of Appeals,
Eastern District,
**DIVISION ONE.**

Filed: January 20, 2015

Application for Transfer Denied
April 28, 2015

James Ochs, Patrick Ochs (co-counsel), Clayton, for Appellant.

Todd Smith, Jefferson City, for Respondent.

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J. and Lisa S. Van Amburg, J.

## ORDER

### PER CURIAM

Richard T. Hubbard appeals the judgment entered by the Circuit Court of Ralls

---

County finding him guilty of second-degree child molestation.

We have reviewed the briefs of the parties and the record on appeal and find the matter complained of unpreserved. We decline to review for plain error. No jurisprudential purpose would be served by a written opinion. The parties, however, have been furnished with a written statement, for their information only, setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 30.25(b).